1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CIV F-98-5400-REC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE FURTHER PROCEEDINGS; ORDER |
| v. | DATE:    August 22, 2005 |
| HELLMUT LAUE; THEODORE BOLLINGER; JAMES ANDREW DAVIS; RALPH CALVO, | TIME:       1:30 p.m. COURTROOM: No. 1 |
| Defendants. | |

Attached is an APPLICATION TO CONTINUE FURTHER PROCEEDINGS AND REQUEST FOR MEDIATION submitted by defendant Hellmut Laue.  The government does not object to, and hereby stipulates to, defendant's application to continue further proceedings to 1:30 p.m. on October 24, 2005.

The government strongly objects to defendant's request for mediation.  All factual and legal issues in this case have been resolved, and there are no issues remaining for mediation.  The only matter now before the Court is the REVISED WRIT OF EJECTMENT, and this is not amenable to mediation.

1

```
1  DATED: August 4, 2005          McGREGOR W. SCOTT
                                  United States Attorney
2

3
                              By:    /s/ John F. Gisla
4                                 JOHN F. GISLA
                                  Assistant United States Attorney
5                                 Attorneys for the United States

6
                                  ORDER
7
        Pursuant to the foregoing, and for good cause, the hearing set
8
    for August 22, 2005 is continued to 1:30 p.m. on October 24, 2005.
9
    DATED:    8/5/05                          /s/ ROBERT E. COYLE
10
                                          ROBERT E. COYLE
11                                    UNITED STATES DISTRICT JUDGE
```

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on August 5, 2005, she served a copy of:

STIPULATION TO CONTINUE FURTHER PROCEEDINGS; ORDER

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

Addressee(s):

Hellmut Laue
16261 Woods Valley Road
Valley Center, CA 92082

Theodore Bollinger
P.O. Box 131
Coulterville, CA 95311

James Andrew Davis
P.O. Box 792
Mariposa, CA 95338

Ralph Calvo
P.O. Box 597
Mariposa, CA 95338

Billy Quealy
2722 Warren Street
Santa Cruz, CA 95062

Heidi Parry
Singleton Law Firm
530 Las Vegas Boulevard
Las Vegas, NV 89101

 /s/ Amber Jose
AMBER JOSE