McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CIV F-98-5400-REC |
|---|---|
| Plaintiff, | ADDITIONAL REQUEST BY DEFENDANT LAUE TO CONTINUE FURTHER PROCEEDINGS; ORDER |
| v. | |
| HELLMUT LAUE; THEODORE BOLLINGER; JAMES ANDREW DAVIS; RALPH CALVO, | DATE:    October 24, 2005<br>TIME:    1:30 p.m.<br>COURTROOM: No. 1 |
| Defendants. | |

  Attached hereto is another request by Defendant Hellmut Laue to continue the October 24, 2005 hearing, this request based on "severe medical problems".  Although the Government does not object to Mr. Laue's present request for a continuance, the Government points out to the Court that Mr. Laue's last request to continue the hearing was for the purpose of retaining an attorney, and according to Mr. Laue, he has been unable to find an attorney to represent him.  At some point in time, the direction from the Ninth Circuit regarding the issuance of a detailed order needs to be implemented.  The Government therefore requests that any subsequent requests for a continuance be denied.

Government counsel has a three-week jury trial set to begin in Sacramento District Court on January 17, 2006.  It is therefore requested that the hearing in this case be continued to 1:30 p.m. on February 13, 2006.

DATED: October 17, 2005       McGREGOR W. SCOTT
                              United States Attorney


                        By:    /s/ John F. Gisla
                              JOHN F. GISLA
                              Assistant United States Attorney
                              Attorneys for the United States


ORDER

Pursuant to the foregoing, and for good cause, the hearing set for October 24, 2005 is continued to 1:30 p.m. on February 13, 2006.

DATED: 10/19/05                           /s/ ROBERT E. COYLE
                                         ROBERT E. COYLE
                                         UNITED STATES DISTRICT JUDGE

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on <u>October 17, 2005</u>, she served a copy of:

ADDITIONAL REQUEST BY DEFENDANT LAUE TO CONTINUE FURTHER PROCEEDINGS; ORDER

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

Addressee(s):

Hellmut Laue
16261 Woods Valley Road
Valley Center, CA 92082

Theodore Bollinger
P.O. Box 131
Coulterville, CA 95311

James Andrew Davis
P.O. Box 792
Mariposa, CA 95338

Ralph Calvo
P.O. Box 597
Mariposa, CA 95338

Billy Quealy
2722 Warren Street
Santa Cruz, CA 95062

   /s/ Amber Jose
AMBER JOSE